IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GLEN HERRIN,**

    *Plaintiff*,

v.                                      Case No.: 4:21cv135-MW/HTC

**COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,**

    *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 18, is **accepted and adopted** as this Court's opinion. The Commissioner's unopposed motion for entry of judgment under sentence four of 42 U.S.C. § 405(g) with remand, ECF No. 17, is **GRANTED**. The Clerk is directed to enter judgment stating, "The Commissioner's decision denying benefits is **REVERSED** and this matter is **REMANDED** to the

Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g)."

The Clerk shall take all steps necessary to effect the remand and close the file.

**SO ORDERED on January 3, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
